# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**IBEW LOCAL UNION 82,** *et al.*,

   Plaintiffs,

                                      **CASE NO.    3:11-CV-208**

**-vs-**

                                      **Judge Timothy S. Black**

**UNION LIGHTNING PROTECTION,**

   Defendant.

---

## JUDGMENT IN A CIVIL CASE

---

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury. The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Plaintiffs' Renewed Motion for Judgment by Default (Doc. 15) is **GRANTED**; and that the case is **CLOSED**.

Date:  February 21, 2012                            **JAMES BONINI, CLERK**

                                                               By: s/ M. Rogers
                                                                Deputy Clerk